# EXHIBIT 2

**U.S. States, District of Columbia and Major Territories;
and Select Indian Tribes, Nations or Bands**

- Alabama
- Alaska
- Arizona
- Arkansas[1]
- California
- Colorado
- Connecticut
- Delaware
- Florida
- Georgia
- Hawaii
- Idaho
- Illinois
- Indiana
- Iowa[1]
- Kansas
- Kentucky
- Louisiana
- Maine
- Maryland
- Massachusetts
- Michigan
- Minnesota
- Mississippi
- Missouri
- Montana
- Nebraska[1]
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- North Carolina
- North Dakota[1]
- Ohio
- Oklahoma
- Oregon
- Pennsylvania
- Rhode Island
- South Carolina
- South Dakota[1]
- Tennessee
- Texas
- Utah[1]
- Vermont
- Virginia
- Washington
- West Virginia
- Wisconsin
- Wyoming[1]

- District of Columbia

- American Samoa[1]
- Guam
- Northern Mariana Islands[1]
- Puerto Rico
- U.S. Virgin Islands

- Select Indian Tribes, Nations or Bands: Cherokee, Chippewa, Choctaw, Colorado River, Crow, Mission, Muscogee (Creek), Navajo, Northern Cheyenne, Seminole, Southern Ute.

[1] Social distancing, gathering size limits, closure of certain non-essential businesses without ordering residents must Stay Home.

**Worldwide**

- Afghanistan
- Albania
- Algeria
- Argentina
- Armenia
- Australia
- Austria
- Azerbaijan
- Bangladesh
- Barbados
- Belarus
- Belgium
- Belize
- Bermuda
- Bolivia
- Botswana
- Brazil
- Bulgaria
- Cambodia
- Canada[2]
- Chile
- China (Wuhan, Hubei)
- Colombia
- Costa Rica
- Croatia
- Cuba[3]
- Czech Republic
- Denmark
- Dominican Republic
- Dubai
- Ecuador
- Egypt
- El Salvador
- England
- Eritrea
- Estonia
- Ethiopia
- Fiji
- Finland
- France
- Georgia
- Germany
- Ghana
- Greece
- Guatemala
- Guernsey
- Honduras
- Hungary
- India
- Indonesia
- Iran[3]
- Iraq[3]
- Ireland
- Israel
- Italy
- Jamaica
- Japan[2]
- Jordan
- Kenya
- Kosovo
- Kuwait
- Latvia
- Lebanon
- Liberia
- Libya
- Lithuania
- Luxembourg
- Madagascar
- Malawi
- Malaysia
- Mexico
- Mongolia
- Montenegro
- Morocco
- Namibia
- Nepal
- Netherlands
- New Zealand
- Nigeria
- Northern Cyprus
- Northern Ireland
- Norway
- Oman
- Pakistan
- Panama
- Papua New Guinea
- Paraguay
- Peru
- Philippines[2]
- Poland
- Portugal
- Qatar
- Republic of the Congo
- Romania
- Russia
- Rwanda
- Samoa
- San Marino
- Saudi Arabia[2]
- Scotland
- Senegal
- Serbia
- Singapore
- Slovakia
- Slovenia
- South Africa
- South Korea[2]
- Spain
- Switzerland
- Thailand
- Togo
- Trinidad and Tobago
- Tunisia
- Turkey
- Uganda
- Uganda
- Ukraine
- United Arab Emirates
- Uruguay
- Uzbekistan
- Venezuela
- Wales
- Zimbabwe

[2] Provisional, regional or major city orders, some of which include social distancing, gathering size limits, and closure of certain non-essential businesses without ordering residents must Stay Home.

[3] Excluded from the Territory of the Policy.