# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CRESCENT PLAZA HOTEL OWNER, L.P., individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:20-cv-03463 |
| v. | ) Hon. Robert W. Gettleman |
| ZURICH AMERICAN INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | ) |

# [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITATIONS FOR BRIEFING ON ZURICH'S MOTION TO DISMISS

Having considered Defendant Zurich American Insurance Company's "Unopposed Motion for Extension of Page Limitations for Briefing on Zurich's Motion to Dismiss" ("Motion"), and for good cause shown, the Court **GRANTS** the Motion.

In connection with Zurich's motion to dismiss to be filed on September 14, 2020, the Court grants the Parties relief from Local Rule 7.1's 15-page limit. The Court will allow the filing of a 25-page motion and a 25-page opposition.

**IT IS SO ORDERED.**

Dated: September __, 2020

                                                    HON. ROBERT W. GETTLEMAN
                                                    UNITED STATES DISTRICT JUDGE