# Exhibit 24

1  STEPHEN M. HAYES (SBN 83583)
   RYAN Z. KELLER (SBN 249193)
2  HAYES SCOTT BONINO & ELLINGSON
   GUSLANI SIMONSON & CLAUSE, LLP
3  999 Skyway Road, Suite 310
   San Carlos, California 94070
4  Telephone:  (650) 637-9100
5  Facsimile:  (650) 637-8071

6  Attorneys for Defendant,
   CALIFORNIA MUTUAL INSURANCE COMPANY
7

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              IN AND FOR THE COUNTY OF MONTEREY

10  THE INNS BY THE SEA, a California          CASE NO. 20CV001274
    Corporation,
11
              Plaintiff,
12                                             ~~[PROPOSED]~~ ORDER GRANTING
                                               DEFENDANT CALIFORNIA MUTUAL
13        v.                                   INSURANCE COMPANY'S DEMURRER
                                               TO PLAINTIFF'S COMPLAINT
    CALIFORNIA MUTUAL INSURANCE
14  COMPANY, a California Corporation, and
    DOES 1 through 25, Inclusive,              MATTER DEEMED COMPLEX, and
15                                             assigned for All Purposes to Judge Lydia M.
              Defendants.                      Villareal
16
                                               Hearing Date:   August 4, 2020
17                                             Time:           8:30 a.m.
                                               Dept.:          13
18
                                               Action Filed:   April 20, 2020
19                                             Trial:          None Set

20

21

22

23

24

25

26

27

28

1138634

~~[PROPOSED]~~ ORDER GRANTING DEFENDANT CALIFORIA MUTUAL INSURANCE COMPANY'S
DEMURRER TO PLAINTIFF'S COMPLAINT – Monterey County Action No.: 20CV001274

ELECTRONICALLY FILED BY
Superior Court of California,
County of Monterey
On 8/06/2020
By Deputy:Cummings, Lorielle

Defendant CALIFORNIA MUTUAL INSURANCE COMPANY's ("California Mutual")

Demurrer to the Complaint filed by Plaintiff The Inns by the Sea ("Plaintiff") came before the

Honorable Lydia M. Villarreal in Department 13 on <u>August 4</u>, 2020.  The Court, having

reviewed the papers filed in support of and in opposition to, and good cause appearing therefor, the

Court hereby makes the following orders:

      1.    IT IS HEREBY ORDERED that the California Mutual's Demurrer to Plaintiff's

<u>entire Complaint</u> is sustained without leave to amend on the grounds that the allegations fail to state

facts sufficient to constitute a cause of action.

**IT IS SO ORDERED**.

Dated: **August 6, 2020**, 2020

_____

Judge Lydia M. Villarreal
Judge of the Superior Court of Monterey

~~[PROPOSED]~~ ORDER GRANTING DEFENDANT CALIFORIA MUTUAL INSURANCE COMPANY'S
DEMURRER TO PLAINTIFF'S COMPLAINT – Monterey County Action No.: 20CV001274

**CASE NAME:**   The Inns by the Sea v. California Mutual Insurance Company, et al.
**CASE NO.:**   Monterey County Action No.: 20CV001274

## PROOF OF SERVICE

I am a resident of the State of California.  My business address is 999 Skyway Road, Suite 310, San Carlos 94070.  I am employed in the County of San Mateo where this service occurs.  I am over the age of 18 years, and not a party to the within cause.  I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**[PROPOSED] ORDER GRANTING DEFENDANT CALIFORNIA MUTUAL INSURANCE COMPANY'S DEMURRER TO PLAINTIFF'S COMPLAINT**

☒   (BY EMAIL) [WITH PRIOR APPROVAL] by transmitting via email the document(s) listed above to the corresponding email address(es), or as stated on the attached service list, on this date before 5:00 p.m.

| | |
|---|---|
| Tyler Roberts Meade<br>The Meade Firm, P.C.<br>12 Funston Avenue, Suite A<br>San Francisco, California 94129<br>Telephone: 415.724.9600<br>Facsimile: Not Available<br>Email: tyler@meadefirm.com<br>cc Email: sam@meadefirm.com; and<br>seena@meadefirm.com;<br><br>*Attorneys for Plaintiff The Inns by the Sea* | Michael Joseph Reiser, Esq.<br>Reiser Law<br>1475 N Broadway, Suite 300<br>Walnut Creek, California 94596-4643<br>Telephone: 925.256.0400<br>Facsimile: 925.476.0304<br>Email: michael@reiserlaw.com<br>cc Email: michaeljr@reiserlaw.com;<br>matthew@reiserlaw.com;<br>isabella@reiserlaw.com; and<br>debbie@reiserlaw.com<br><br><br>*Attorneys for Plaintiff The Inns by the Sea* |

☒   *(State)*  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 18, 2020 at San Carlos, California.

_____
Dolores A Mayorga