# Exhibit 21

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF INGHAM

GAVRILIDES MANAGEMENT COMPANY
LLC, GAVRILIDES PROPERTY
MANAGEMENT LLC, & GAVRILIDES
MANAGEMENT WILLIAMSTON LLC,

Case No. 20-258-CB

HON. JOYCE DRAGANCHUK

    Plaintiffs,

v

MICHIGAN INSURANCE COMPANY,

    Defendant.

| | |
|---|---|
| Matthew J. Heos (P73786)<br>THE NICHOLS LAW FIRM, PLLC<br>Attorney for Plaintiffs<br>3452 E. Lake Lansing Road<br>East Lansing, MI 48823<br>517-256-4240<br>mheos@nicholslaw.net | Henry S. Emrich (P29948)<br>SECREST WARDLE<br>Attorneys for Defendant<br>2025 East Beltline Ave SE, Suite 600<br>Grand Rapids, MI 49546<br>616-285-0143<br>hemrich@secrestwardle.com |

## ORDER GRANTING DEFENDANT MICHIGAN INSURANCE COMPANY'S MOTION FOR SUMMARY DISPOSITION

At a session of said Court, held in the
City of Mason, County of Ingham,
State of Michigan, on July 21, 2020

PRESENT:   Hon. JOYCE DRAGANCHUK
                CIRCUIT COURT JUDGE

This matter having come before the Court on Defendant Michigan Insurance Company's Motion for Summary Disposition, and the Court having reviewed the briefs from both parties and heard oral argument from both parties in open court, and the Court being otherwise fully advised in the premises:

Defendant Michigan Insurance Company's Motion for Summary Disposition has been GRANTED for the reasons stated from the bench on the record.

3

**IT IS SO ORDERED** that the judgment in favor of Defendant is entered as a matter of law pursuant to MCR 2.116(c)(8), and that this matter is dismissed with full prejudice.

This Order resolves the last pending claim and closes the case.

*/s/ Joyce Draganchuk*
Hon. JOYCE DRAGANCHUK
CIRCUIT COURT JUDGE    P-39417

6146558_1