# Exhibit 1

| No. | Case | Court | Docket Number |
|---|---|---|---|
| 1 | Interstate Fire & Cas. Co. v. Fertitta Entertainment, Inc. | Harris Cty, TX | 202064162 |
| 2 | Las Medulas LLC v. Cumberland Mut. Fire Ins. Co. | Union Cty, NJ | UNN-L-2687-20 |
| 3 | Miiller Sports Entertainment v. Erie Ins. Exchange | Allegheny Cty, PA | GD-20-009047 |
| 4 | Fire Side Public House LLC v. Erie Ins. Exchange | Allegheny Cty, PA | GD-20-009044 |
| 5 | Crown Trophy Inc. et al. v. Federal Ins. Co. | S. D. of New York | 1:20-cv-08290 |
| 6 | LexFit, LLC v. West Bend Mut. Ins. Co. et al | E. D. of Kentucky | 5:20-cv-00413 |
| 7 | Branzino, Inc. v. Seneca Ins. Co., Inc. | E. D. of Pennsylvania | 2:20-cv-04912 |
| 8 | Jersey Shore Hair Inc. v. Hartford Ins. Co. of the Midwest et al | D. of New Jersey | 3:20-cv-14250 |
| 9 | Creative Svs, Inc. v. Hartford Fire Ins. Co. | D. of Massachusetts | 1:20-cv-11720 |
| 10 | Dr. Lisa Josephson v. Unum Group et al | C. D. of California | 8:20-cv-01735 |
| 11 | Beazley Underwriting, LTD v. Daniels Hospitality Group, LLC | W. D. of Texas | 6:20-cv-00829 |
| 12 | Hoosegow (Hypnotic) Productions Inc. v. Chubb National Ins. Co. | C. D. of California | 2:20-cv-08253 |
| 13 | Sidelines Beer House, LLC et al. v. Erie Ins. Exchange | W. D. of Pennsylvania | 2:20-cv-01246 |
| 14 | Zebra Technologies Corp. v. Factory Mut. Ins. Co. | N. D. of Illinois | 1:20-cv-05147 |
| 15 | MCML Holding Co., LLC v. Colony Ins. Co. | M. D. of Florida | 8:20-cv-02016 |
| 16 | PSG-Mid Cities Medical Center LLC v. Jarrell et al | N. D. of Texas | 3:20-cv-02477 |
| 17 | Jujamcyn Theaters LLC v. Federal Ins. Co. et al. | S. D. of New York | 1:20-cv-06781 |
| 18 | Chaos Enterprises, Inc. et al. v. Hartford Fire Ins. Co. et al. | C. D. of California | 2:20-cv-09398 |
| 19 | Sukkah Miami Beach Acquisitions, LLC v. Zurich American Ins. Co. | Miami-Dade Cty, FL | 2020-017923-CA-01 |
| 20 | Zavogiannis v. Erie Ins. Exchange et al. (PLR3) | E. D. of Tennessee | 4:20-cv-00039 |
| 21 | Howell Bichefsky, DMD v. Hartford Fin'l Svs Group, Inc. et al | E. D. of Pennsylvania | 2:20-cv-04054 |
| 22 | Family Smiles LLC et al v. Sentinel Ins. Co. | N. D. of Illinois | 1:20-cv-04838 |
| 23 | SphinxIIIHouston, LLC v. Westchester Surplus Lines Ins. Co. et al | S. D. of Texas | 4:20-cv-02834 |
| 24 | Tack Shack of Ocala, Inc. v. The Hanover Ins. Co. | M. D. of Florida | 5:20-cv-00201 |
| 25 | Heidarpour et al v. Arch Ins. Group Incorporated et al | D. of Arizona | 2:20-cv-00968 |
| 26 | The Kirkland Group, Inc. v. Sentinel Ins. Group Ltd. | S. D. of Mississippi | 3:20-cv-00496 |
| 27 | Hamilton Jewelry LLC v. Twin City Fire Ins. Co. et al | D. of Maryland | 8:20-cv-02248 |
| 28 | ABC Children's Dentistry, LLC v. Hartford Ins. Co. | D. of New Jersey | 1:20-cv-10044 |
| 29 | Totally Tickets v. Sentinel Ins. Co. LTD | W. D. of Oklahoma | 5:20-cv-00778 |
| 30 | Robert W. Fountain, Inc. et al v. Citizens Ins. Co. of America | N. D. of California | 3:20-cv-05441 |
| 31 | Ralph Lauren Corp. v. Factory Mut. Ins. Co. | D. of New Jersey | 2:20-cv-10167 |
| 32 | Casino Beach Pier LLC v. Westchester Surplus Lines Ins. Co. et al | D. of New Jersey | 3:20-cv-10163 |
| 33 | WP 6 Restaurant Management Group, LLC v. Zurich American Ins. Co. | D. of Nevada | 2:20-cv-01506 |

| No. | Case | Court | Docket Number |
|---|---|---|---|
| 34 | SWB Yankees, LLC v. CNA Fin'l Corp. et al | Lackawanna Cty, PA | 2020-02155 |
| 35 | USPB Holdings LLC v. Farmers Ins. Exchange | Alameda Cty, CA | RG20065449 |
| 36 | Ungarean v. CNA | Allegheny Cty, PA | GD-20-006544 |
| 37 | Peanut Wagon Inc. v. Allanz Global Corporate & Specialty | San Francisco Cty, CA | CGC-20-585661 |
| 38 | Parmentola v. Generali Global Assistance, Inc. | Los Angeles Cty, CA | 20STCV29736 |
| 39 | Napleton's Autowerks of Bourbonnais, Inc. v. West Bend Mut. Ins. Co. | Cook Cty, IL | 2020-L-006773 |
| 40 | Napleton River Oaks Cadillac Inc. v. Erie Ins. Property & Cas. Co. | Cook Cty, IL | 2020-L-006777 |
| 41 | Century 21 Department Stores LLC v. Starr Surplus Lines Ins. Co. | S. D. of New York | 1:20-cv-07437 |
| 42 | Catrina Dadeland LLC v. Westchester Surplus Lines Ins. Co. | S. D. of Florida | 1:20-cv-23647 |
| 43 | Mageets, LLC v. Erie Ins. Exchange | Westmoreland Cty, PA | 20CI01809 |
| 44 | Boardwalk Ventures CA LLC v. Century-National Ins. Co. | Los Angeles Cty, CA | 20STCV27359 |
| 45 | Apple Annie LLC v. Oregon Mut. Ins. Co. | San Francisco Cty, CA | CGC-20-585712 |
| 46 | Isaac's at Spring Ridge, LLP v. MMG Ins. Co. | Lancaster Cty, PA | CI-20-03613 |
| 47 | Johnson v. Erie Ins. Exchange | Allegheny Cty, PA | GD-20-008210 |
| 48 | Marina Pacific Hotel Suites LLC v Fireman's Fund Ins. Co. | Los Angeles Cty, PA | 20SMCV00952 |
| 49 | BA LAX, LLC et al v. Hartford Fire Ins. Co. et al | C. D. of California | 2:20-cv-06344 |
| 50 | Kevin Barry Fine Art Associates v. Sentinel Ins. Co., Limited | N. D. of California | 3:20-cv-04783 |
| 51 | Mostre Exhibits, LLC v. Sentinel Ins. Co., Limited et al | S. D. of California | 3:20-cv-01332 |
| 52 | Whiskey Flats Inc. v. AXIS Ins. Co. | E. D. of Pennsylvania | 2:20-cv-03451 |
| 53 | Gourmet Deli Ren Cen Inc v Farm Bureau General Ins. Co. of Michigan | Wayne Cty, MI | 20-008882-CK |
| 54 | Preferred Dental Center PC v Twin City Fire Ins. Co. et al | Bexar Cty, TX | 2020CI11032 |
| 55 | White Oak Entertainment LLC v SC Ins. Holdings LLC | Harris Cty, TX | 202039797 |
| 56 | Kennedy Hodges & Associates LTD., LLP et al v. Hartford Fin'l Svs Group, Inc. et al | D. of Connecticut | 3:20-cv-00852 |
| 57 | Snip Its Dadm Kidz Cuts II, LLC v. The Hanover Ins. Group, Inc. et al | N. D. of New York | 1:20-cv-00772 |
| 58 | Sulimay's Hair Design Inc. v. Erie Ins. Exchange | E. D. of Pennsylvania | 2:20-cv-02731 |
| 59 | Crunch Logistics Inc. v. Donegal Ins. Group | E. D. of Pennsylvania | 5:20-cv-02525 |
| 60 | Tulalip Tribes of Washington et al v Lexington Ins. Co. et al | Snohomish Cty, WA | 20-2-03604-31 |
| 61 | MNR LLC v Liberty Mut. Ins. Co. | Johnson Cty, KS | 20CV02929 |
| 62 | Chickasaw Nation Department of Commerce v. Steadfast Ins. Co. | Pontotoc Cty, OK | CJ-20-108 |
| 63 | Perfect Pots LLC v Erie Ins. Exchange | Allegheny Cty, PA | CI-20-03612 |
| 64 | One Life Jewelry Inc v Ohio Security Ins. Co. | Hillsborough Cty, FL | 2020CA005441 |
| 65 | Botwood Limited LLC v Erie Ins. Co. | Cuyahoga Cty, OH | CV-20-934518 |
| 66 | The Plum Cafe LLC v Erie Ins. Co. | Cuyahoga Cty, OH | CV-20-934521 |

| No. | Case | Court | Docket Number |
|---|---|---|---|
| 67 | Lasky Clinic Surgical Center Inc et al v Sentinel Ins. Co. LTD et al | C. D. of California | 2:2020cv06949 |
| 68 | Robert W. Fountain v Citizens Ins. Co. of America | N. D. of California | 3:20-cv-05441 |
| 69 | Chicago's Preschool Academy of Learning, Inc. v. West Bend Mut. Ins. Co. | N. D. of Illinois | 1:20-cv-04044 |
| 70 | Don Strange of Texas Inc. v Cincinnati Ins. Co | Bexar Cty, FL | 2020CI11482 |
| 71 | Cadillac Funding Associates LLC v Zurich American Ins. Co. | Cook Cty, IL | 2020-L-6709 |
| 72 | The Marathon Grill Inc et al v State Automobile Mut. Ins. Co. et al | E. D. of Pennsylvania | 2:20-cv-03578-NIQA |
| 73 | Philadelphia Extract Co. Inc v Erie Indemnity Co. Inc et al | Philadelphia Cty, PA | 200600913 |
| 74 | Evanston Grill v State Farm Fire and Cas. Co. | Cook Cty, IL | 2020-CH-04589 |
| 75 | Hello Hospitality IV LLC v Erie Ins. Property and Cas. Co. | W. D. of Pennsylvania | 1:20-cv-00281 |
| 76 | Clutch City Sports & Entertainment et al v Affiliated FM Ins. Co | Providence/Bristol Cty, RI | PC-2020-05137 |
| 77 | W&S Vehicles LLC v Erie Ins. Exchange | Allegheny Cty, PA | GD-20-006654 |
| 78 | Quapaw Nation v Affiliated FM Ins. Co. | Ottawa Cty, OK | CJ-2020-00082 |
| 79 | Blue Canoe Inc v Western World Ins. Co. | N. D. of Mississippi | 1:20-cv-00134-GHD-DAS |
| 80 | University Management, Inc. et al v. State Automobile Mut. Ins. Co. et al | N. D. of Mississippi | 1:20-cv-00138-SA-RP |
| 81 | Mama Nina, Inc. v. Cincinnati Ins. Co. | N. D. of Ohio | 1:20-cv-01440-BYP |
| 82 | T&L Catering, Inc. v. Hanover Ins. Group, Inc. et al | D. of New Jersey | 3:20-cv-07934-FLW-ZNQ |
| 83 | Vancouver Clinic Inc PS v. Affiliated FM Ins. Co. | W. D. of Washington | 3:20-cv-05605-BHS |
| 84 | Leal, Inc. v Hartford Fin'l Svs Group, Inc. | D. of Connecticut | 3:20-cv-00917-AVC |
| 85 | Rock Haven Ventures, LLC v. Ventapro Specialty Ins. Co. | D. of Massachusetts | 1:20-cv-11239-RWZ |
| 86 | DiSole LLC v. Westchester Surplus Lines Ins. Co. | S. D. of Florida | 1:20-cv-22747-RNS |
| 87 | Crestwood Child Care & Learning Center v. West Bend Mut. Ins. Co. | W. D. of Kentucky | 3:20-cv-00471-DJH |
| 88 | Atelier 1 2 3 Restaurant, LLC v. Farmers Group Inc. | San Francisco Cty, CA | CGC-20-584762 |
| 89 | Public Kitchen and Bar LLC v Midwest Mut. Family Ins. Co. | Ramsey Cty, MN | 62-CV-20-3774 |
| 90 | Madison Eagle Street Grille LLC v Midwest Mut. Family Ins. Co. | Ramsey Cty, MN | 62-CV-20-3776 |
| 91 | Lowry Kitchen and Bar LLC v Midwest Mut. Family Ins. Co. | Ramsey Cty, MN | 62-CV-20-3783 |
| 92 | Fitzgeralds LLC v Midwest Mut. Family Ins. Co. | Ramsey Cty, MN | 62-CV-20-3772 |
| 93 | Lowertown Cafe v Midwest Mut. Family Ins. Co. | Ramsey Cty, MN | 62-CV-20-3773 |
| 94 | Blue Ox LLC v Midwest Mut. Family Ins. Co. | Ramsey Cty, MN | 62-CV-20-3771 |
| 95 | Jesse's Embers LLC v Western Agricultural Ins. Co. | Polk Cty, IA | 05771 LACL148100 |
| 96 | M.B.S. Tupelo, LLC v. Tri-State Ins. Co. of Minnesota et al | Lee Cty, MS | 1:20-cv-00132 |
| 97 | Snouts, Inc. v. Society Ins. | Cook Cty, IL | 2020-CH-04517 |
| 98 | LKB Styling Co., LLC v. Fitchburg Mut. Ins. Co. | Mercer Cty, NJ | L-000951-20 |
| 99 | Kutest Kids Early Intervention Co. v Liberty Mut. Ins. Co. | D. of Massachusetts | 1:20-cv-11169-DJC |

| No. | Case | Court | Docket Number |
| --- | --- | --- | --- |
| 100 | Berkshire Hathaway Homestate Ins v Fish or Cut Bait LLC | D. of Alaska | 3:20-cv-00145-TMB |
| 101 | Gabriella's LLC v Hartford Ins. Group | D. of New Jersey | 3:20-cv-07799 |
| 102 | Fancy That! Bistro & Catering LLC v. Sentinel Ins. Co. Limited | D. of South Carolina | 3:20-cv-02382 |
| 103 | Mohawk Gaming Enterprises, LLC v. Affiliated FM Ins. Co. | N. D. of New York | 8:20-cv-00701 |
| 104 | PVT, LLC v. AmGuard Ins. Co. et al | N. D. of Mississippi | 1:20-cv-00135-GHD-DAS |
| 105 | High Tech Hair LLC et al v. Erie Ins. Exchange | E. D. of Pennsylvania | 2:20-cv-02895-MMB |
| 106 | Plastic Surgeons of Lexington, PLLC v. Liberty Mut. Ins. Co. et al | E. D. of Kentucky | 5:20-cv-00258-REW-EBA |
| 107 | Seymon Bokman v Sentinel Ins. Co., Limited | E. D. of Pennsylvania | 2:20-cv-02887-TJS |
| 108 | Spring House Tavern Inc v American Fire and Cas. Co. | E. D. of Pennsylvania | 2:20-cv-02872 |
| 109 | P.F. Chang's China Bistro, Inc. v Certain Underwriters at Lloyd's | Los Angeles Cty, CA | 20STCV17169 |
| 110 | At Ease On Sunset CMML Inc v Illinois Union Ins. Co. et al | Miami-Dade Cty, FL | 2020-010329-CA-01 |
| 111 | Walnut Ace LLC v. Seneca Ins. Co. | E. D. of Pennsylvania | 2:20-cv-05023 |
| 112 | PJMRC Ventures Inc. v Westchester Surplus Lines Ins. Co. | M. D. of Florida | 2:20-cv-00863 |
| 113 | American Traders Inc. v Mid-Century Ins. Co. et al | Stanislaus Cty, CA | CV-20-002477 |
| 114 | Santa Ynez Band v Lexington Ins. | Santa Barbara Cty, CA | 20CV01967 |
| 115 | EMM Group Holdings, LLC v Hartford Fire Ins. Co | Los Angeles Cty, CA | 20STCV20841 |
| 116 | Capriccio Parkway LLC v. Erie Ins. Exchange | Allegheny Cty, PA | GD-20-005137 |
| 117 | Keshav LLC d/b/a Home2 Suites vs. Arch Specialty Ins. Co. | W. D. of Oklahoma | 5:20-cv-00586-SLP |
| 118 | Santa Corona Del Mar Investments v. Century National Ins. Co. | Los Angeles Cty, CA | 20STCV20329 |
| 119 | Gardener v. Ohio Security Ins. Co. | N. D. of California | 4:20-cv-03799-PJH |
| 120 | Sweetwater Grill LLC v. Grange Ins. Co. 6-8-2020 | W. D. of Pennsylvania | 2:20-cv-00853-NR |
| 121 | Showa Hospitality LLC v. Sentinel Ins. Co. Limited | San Diego Cty, CA | 37-2020-00018311-CU-IC-CTL |
| 122 | Uncle Sharkii, LLC v. Farmers Ins. Exchange | Contra Costa Cty, CA | CIVMSC20-00901 |
| 123 | BA Ventures LLC v. Farmers Ins. Exchange | Lane Cty, OR | 20CV19356 |
| 124 | Muskogee Creek Nation v. Lexington et al | Muskogee Cty, OK | CJ-2020-00159 |
| 125 | Adorn Barber & Beauty LLC v. Hartford et al | E. D. of Virginia | 3:20-cv-00418 |
| 126 | Cherokee Nation et al v. Lexington et al | Oklahoma | CV-2020-00150 |
| 127 | Choctaw Nation of Oklahoma v. Lexington Ins. Co. et al. | Bryan Cty, OK | CV-2020-00042 |
| 128 | Chickasaw Nation Department of Commerce v. Lexington Ins. Co. et al. | Pontotoc Cty, OK | CV-2020-00035 |
| 129 | Copit Plastic Surgery Associates Ltd v. Donegal Mut. Ins. Co. | Philadelphia Cty, PA | 200400928 |
| 130 | Barroso Inc v Twin City Fire Ins. Co | E. D. of Virginia | 1:20-cv-00632-LMB-MSN |
| 131 | Poplar 2706 Co v. Society Ins. | Cook Cty, IL | 2020-CH-4178 |
| 132 | Stefani Management Svs Inc. v. Society Ins. | Cook Cty, IL | 2020-CH-4149 |

| No. | Case | Court | Docket Number |
|---|---|---|---|
| 133 | Motherway & Napleton LLP v. Sentinel Ins. Co. | Cook Cty, IL | 2020-L-4977 |
| 134 | Westside Head & Neck v. Hartford Fin'l Svs Group Inc. | C. D. of California | 2:20-cv-06132-JFW-JC |
| 135 | Henderson Road Restaurant Systems, Inc. et al v. Zurich American Ins. Co. | N. D. of Ohio | 1:20-cv-01239-DAP |
| 136 | Andrew J. Holloman, DDS & Associates v Bankers Ins. Group, Inc. | Pinellas Cty, FL | 20002399CI |
| 137 | Mitchell Brothers Ice Cream, Inc. v. Cincinnati Ins. Co. | Cuyahoga Cty, OH | CV-20-931683 |
| 138 | Medure's Catering Inc. v. Donegal Mut. Ins. Co. | Philadelphia Cty, PA | 200500607 |
| 139 | Nature's Produce Co. v. Chubb Agribusiness, A Corp. | Los Angeles Cty, CA | 20STCV17267 |
| 140 | Israel Zambrano v. Erie Ins. Group et al | Mahoning Cty, OH | 2020CV00898 |
| 141 | Gervasi 1700 LLC v. National Trust Ins. Co. et al | Stark Cty, OH | 2020CV00818 |
| 142 | Sylvester & Sylvester Inc. v. State Automobile Mut. Ins. Co. | Stark Cty, OH | 2020CV00817 |
| 143 | Basement Corp LLC v. Illinois Cas. Co. | Stark Cty, OH | 2020CV00816 |
| 144 | Picasso Aesthetic and Cosmetic v. First Community Ins. Comp | Lee Cty, MS | 20-CA-002696 |
| 145 | Sentient Androids LLC v. Scottsdale Ins. Co. | Philadelphia Cty, PA | 200500011 |
| 146 | Lakeside Pub LLC v. Illinois Cas. Co. | Summit Cty, OH | CV-2020-05-1551 |
| 147 | Luke Wholey's Wild Alaskan Grille LLC v. Erie Ins. Exchange | Allegheny Cty, PA | GD-20-005297 |
| 148 | Ethan & Austin Ltd., et al v. Illinois Cas. Co., et al | Summit Cty, OH | CV-2020-05-1552 |
| 149 | New Restaurant Group, LP v. Farmers Group Inc., A California Corp. | San Francisco Cty, CA | CGC20584269 |
| 150 | 357 W. Turkeyfoot Lake, LLC v. Illinois Cas. Co. | Summit Cty, OH | CV-2020-05-1549 |
| 151 | The Calhoun Mansion LLC v. AXA Ins. Co. | D. of South Carolina | 2:20-cv-02044 |
| 152 | Forfex LLC v. Hartford Underwriters Ins. Co. et al | D. of Arizona | 6/1/2020 |
| 153 | Jerry's Sandwiches AV, LLC et al v. Erie Ins. Co. | N. D. of Illinois | 1:20-cv-03249 |
| 154 | Mark J. Geragos v. Travelers Indemnity Co. of Connecticut | Los Angeles Cty, CA | 20STCV14073 |
| 155 | 2420 Honolulu Avenue, LLC v. Travelers Indemnity Co. of Connecticut | Los Angeles Cty, CA | 20STCV14000 |
| 156 | Ja-Del Inc v Zurich American Ins. | Jackson Cty, MO | 2016-CV11209 |
| 157 | 837 Foothill Blvd., LLC v. Travelers Indemnity Co. of Connecticut | Los Angeles Cty, CA | 20STCV13929 |
| 158 | Dianoia's Eatery LLC v Motorists Mut. Ins. Co. | W. D. of Pennsylvania | GD-20-005273 |
| 159 | Outerlands Inc. v. Truck Ins. Exchange | San Francisco Cty, CA | CGC20583996 |
| 160 | French Laundry Partners LP v. Hartford Fire Ins. Co. | N. D. of California | 3:20-cv-04540-JSC |
| 161 | Pearl Street Entertainment Group LLC v. ONI Risk Partners Inc. | Marion Cty, IN | 49D01-2005-PL-016863 |
| 162 | Cafe Patachou at Clay Terrace LLC et al v Citizens Ins. Co. of America | S. D. of Indiana | 1:20-cv-01462-SEB-DLP |
| 163 | Hartford Fire Ins. Co. v. Moda LLC | Hartford Cty, CT | HHD-CV20-6127638 |
| 164 | Indiana Repertory Theatre Inc. v Cincinnati Cas. Co. | Marion Cty, IN | 49D01-2004-PL-013137 |
| 165 | Kickapoo Tribe of Oklahoma v. Lexington Ins. Co | Pottawatomie Cty, KS | CV-2020-47 |

| No. | Case | Court | Docket Number |
|---|---|---|---|
| 166 | Truhaven Enterprises Inc. v. Chubb LTD. | D. of New Jersey | 2:20-cv-04586-SRC-CLW |
| 167 | Coates et al v. Foremost Ins. Co. 5-4-2020 | W. D. of Michigan | 1:20-cv-00383 |
| 168 | BN Farm LLC et al v. Cincinnati Cas. Co. | D. of Massachusetts | 1:20-cv-10874-MBB |
| 169 | Salum Restaurant Ltd v. Travelers Indemnity Co. | N. D. of Texas | 3:20-cv-01034-L |
| 170 | CafÃ© La Trova LLC v. Aspen Specialty Ins. Co. | S. D. of Florida | 1:20-cv-22055-CMA |
| 171 | Beniak Enterprises, Inc v. Chubb Ltd. | D. of New Jersey | 2:20-cv-05536-KM-JBC |
| 172 | Strelow v. Hartford Cas. Ins. Co. | W. D. of Washington | 2:20-cv-00797-TSZ |
| 173 | Cafe International Holding Co. LLC v. Chubb Limited et al | S. D. of Florida | 1:20-cv-21641-MGC |
| 174 | In-N-Out Burgers v. Zurich American Ins. Co. | C. D. of California | 8:20-cv-01000 |
| 175 | Federici Dental, P.A. v. Hanover Ins. Group, Inc. et al | D. of New Jersey | 3:20-cv-05772 |
| 176 | Nicholas Addiego Endodontist DMD, LLC v. Hartford Fin'l Svs Group, Inc. | D. of New Jersey | 3:20-cv-05932-MAS-DEA |
| 177 | Q Clothier New Orleans v. Twin City Fire Ins. Co. | E. D. of Louisiana | 2:20-cv-01470 |
| 178 | Biltrite Furniture Inc v. Liberty Mut. Ins. Co. | E. D. of Wisconsin | 2:20-cv-00656-JPS |
| 179 | LDWB 2 LLC v FCCI Ins. Co | W. D. of Texas | 1:20-cv-00425-LY |
| 180 | Cosmetic Laser Inc v Twin City Fire Ins. Co | D. of Connecticut | 3:20-cv-00638-SRU |
| 181 | Dr. Jeffrey Milton, DDS, Inc. v. Hartford Cas. Ins. Co. | D. of Connecticut | 3:20-cv-00640 |
| 182 | M. Ilhan Uzel, DMS, DSC v. Hanover Ins. Group, Inc. | D. of New Jersey | 3:20-cv-05778-FLW-DEA |
| 183 | Windber Hospital v Travelers Property Cas. Co | W. D. of Pennsylvania | 3:20-cv-00080-KRG |
| 184 | One40 Beauty Lounge, LLC v. Sentinel Ins. Co., Ltd | D. of Connecticut | 3:20-cv-00643-KAD |
| 185 | Addiego Orthodontics LLC v Hartford Fin'l Svs Group | D. of New Jersey | 3:20-cv-05882-FLW-TJB |
| 186 | Barbara Guffy et al v. Allstate Ins. Co. et al | C. D. of California | 5:20-cv-01064-KK |
| 187 | Pacific Endodontics PS v. Ohio Cas. Ins. Co. | W. D. of Washington | 2:20-cv-00620-RSM |
| 188 | Ambulatory Care Center v. Sentinel Ins. Co. | D. of New Jersey | 1:20-cv-05837 |
| 189 | Consulting Advantage Inc. v. Hartford Fire Ins. Co. et al | D. of Connecticut | 3:20-cv-00610-JAM |
| 190 | Little Stars Corp. v. Hartford Underwriters Ins Co et al 5-4-2020 | D. of Connecticut | 3:20-cv-00609 |
| 191 | Addiego Family Dental, LLC v. Hartford Fin'l Svs Group, Inc. et al | D. of New Jersey | 3:20-cv-05847 |
| 192 | Monarch Casino & Resort, Inc. v. Affiliated FM Ins. Co. | D. of Colorado | 1:20-cv-01470-RBJ |
| 193 | Rencana LLC et al v. Hartford Fin'l Svs Group, Inc. et al | D. of Connecticut | 3:20-cv-00611-JBA |
| 194 | Lucy's Burgers LLC v Society Ins. Inc | N. D. of Illinois | 1:20-cv-05977 |
| 195 | Humans & Resources LLC v. Hartford Mut. Ins. Co. | E. D. of Pennsylvania | 2:20-cv-02152 |
| 196 | Robert Levy, D.M.D., LLC v. Hartford Cas. Ins. Co. | E. D. of Missouri | 4:20-cv-00643 |
| 197 | Thor Equities, LLC v. Factory Mut. Ins. Co. | S. D. of New York | 1:20-cv-03380-AT |
| 198 | RPR Enterprises v. Continental Western Group | D. of Kansas | 2:20-cv-02256 |

| No. | Case | Court | Docket Number |
|---|---|---|---|
| 199 | Natty Greene's Brewing Co., LLC et al v. Traveler's Cas. Ins. Co. of America et al | M. D. of North Carolina | 1:20-cv-00437 |
| 200 | Dotexamdr PLLC v. Hartford Fire Ins Co et al | D. of Connecticut | 3:20-cv-00698-VLB |
| 201 | The K's Inc. v. Westchester Surplus Lines Ins. Co. | N. D. of Georgia | 1:20-cv-01724-WMR |
| 202 | Sero, Inc. v. Berkley North Pacific Group, LLC et al | D. of Oregon | 3:20-cv-00776-YY |
| 203 | Pats v Hartford Fire Ins. Co. | D. of Connecticut | 3:20-cv-00697-JBA |
| 204 | LD Gelato LLC. v. Hartford Underwriters Ins. Corp. | D. of New Jersey | 2:20-cv-06215-JMV-JAD |
| 205 | Ultimate Hearing Solutions LLC v. Hartford Underwriters Ins. Co. | E. D. of Pennsylvania | 2:20-cv-02401 |