# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

CRESCENT PLAZA HOTEL OWNER L.P., individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

ZURICH AMERICAN INSURANCE COMPANY,

Defendant(s).

Case No. 20 C 3463
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) ZURICH AMERICAN INSURANCE COMPANY,

and against plaintiff(s) CRESCENT PLAZA HOTEL OWNER L.P., individually and on behalf of all others similarly situated,

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:
☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion

Date: 2/18/2021

Thomas G. Bruton, Clerk of Court

Claire E. Newman, Deputy Clerk